Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NA EL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, INC., a Ohio Corporation; CASTRO COMPANY, a Texas Corporation; ROSS STORES, INC., a California Corporation; THE TJX COMPANIES, INC., a Delaware Corporation, individually and doing business as "Marshalls"; and DOES 1-10, Defendants. | Case No. CV 11-05985 RGK (MRWx)<br>*Honorable R. Gary Klausner Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS** |

- 1 -
[PROPOSED] ORDER ON STIPULATION TO DISMISS

[PROPOSED] ORDER:

GOOD CAUSE APPPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice;
2. All parties to this stipulation will bear their own fees as incurred in connection with this action; and
3. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

SO ORDERED.

Dated:  July 3, 2012             By:  _____
                                      Honorable R. Gary Klausner